UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> *Jose Miranda Roman* ) <br> ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. __08MJ0363__ <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

*Celerina Munoz-Lopez*

DATED: __2/14/08__

~~ANTHONY J. BATTAGLIA~~
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____      OR
       DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
       Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062